# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138905

J. LAMONT LINDSEY,
      Plaintiff-Appellant,

v

DAIMLERCHRYSLER CORPORATION,
      Defendant-Appellee.

SC: 138905
COA: 288834
WCAC: 07-000095

_____/

      On order of the Court, the application for leave to appeal the February 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

_____
Clerk

0720